UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL EDWARD KRESSLER,

    *Plaintiff,*

v.                                    CASE NO. 5:15-cv-00202-MP-EMT

JOANN CHAVIS,

    *Defendant.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 8, 2016. ECF No. 11. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The Report and Recommendation is accepted and incorporated herein. The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. The dismissal

should be deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

**SO ORDERED on November 2, 2016.**

>  **s/Mark E. Walker**
>  **United States District Judge**